## Tom COLBERT v. STATE.
### No. 17108.

Court of Criminal Appeals of Texas.
Oct. 24, 1934.

Joe D. Bell, of Paducah, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Monroe CRISP v. STATE.
### No. 17095.

Court of Criminal Appeals of Texas.
Oct. 10, 1934.

J. E. Bradley and L. W. Shepperd, both of Groesbeck, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for aggravated assault; punishment being assessed at a fine of $25.

Appellant has filed his affidavit advising this court that he no longer desires to prosecute his appeal, and at his request the appeal is ordered dismissed.

## Bert DOLLINS v. STATE.
### No. 17195.

Court of Criminal Appeals of Texas.
Oct. 31, 1934.

T. L. Price, of Post, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling intoxicating liquor; punishment assessed at confinement in the penitentiary for two years.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and at his request the same is dismissed.